

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Samantha Lee Moore, Appellant

No. 06-24-00215-CR        v.

The State of Texas, Appellee

Appeal from the 402nd District Court of Wood County, Texas (Tr. Ct. No. 24,702-2021).   Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted.  Therefore, we dismiss the appeal.

We note that the appellant, Samantha Lee Moore, has adequately indicated her inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED APRIL 3, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk